x9735
2/8/17

**FILED**

FEB - 8 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>Josue Daniel WHITE, )<br><br>Defendant. )<br>_____ ) | Magistrate Case No. **17MJ0369**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii)<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about February 7, 2017, within the Southern District of California, Defendant, Josue Daniel WHITE, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that aliens, namely, Oliva CANSECO-Martinez, Mariano GABRIEL-Garcia and Yu CHEN had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Victor Renteria, CBP Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence this 08th day of February, 2017.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMNT

The complainant states that Oliva CANSECO-Martinez, Mariano GABRIEL-Garcia and Yu CHEN are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impractical to secure their attendance at trial by subpoena; and that they are material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On February 7, 2017, at approximately 4:26 P.M., Josue Daniel WHITE (Defendant), a United States citizen, entered the United States from Mexico via the San Ysidro, California Port of Entry driving a Nissan Sentra bearing California plates.  Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant identified himself with his United States Passport card and said he was going to Chula Vista, California with nothing to declare from Mexico.  Defendant complied with the officer's instruction to open the trunk and three undocumented aliens were discovered.  Defendant was secured and escorted to secondary inspection along with the vehicle.

In secondary, responding CBP Officers assisted and removed two men and one woman from the trunk.  Two individuals, later identified as Oliva CANSECO-Martinez (MW1), Mariano GABRIEL-Garcia (MW2), were determined to be Mexican citizens without lawful documents to enter the United States.  Yu CHEN (MW3) was found to be a Chinese citizen without documents to enter.  The three individuals were held as Material Witnesses.

During a video recorded interview, MW1 and MW2 admitted they are citizens of Mexico without documents to enter the United States.  They stated that MW2's mother agreed to pay an unspecified amount of money if they successfully entered and were going to Oxnard, California.  MW3 admitted he is a citizen of China and does not have documents to enter or reside in the United States.  He said he agreed to pay an unknown man in China $20,000.00 and pay another man in the United States an additional $50,000.00 if successful.  MW3 stated he was going to New York.

First: Josue _____   Mid. Daniel _____   Last: WHITE _____   -   _____

Case No. 17MJ _____

RAP SHEET SUMMARY CHART

| Conviction Date | Conviction Court | Charge | Prison Term | Points |
|---|---|---|---|---|
| | | None | | |
| | | ON PAROLE/PROBATION | | No |
| | | TOTAL POINTS | | 0 |
| | | CRIMINAL HISTORY CATEGORY | | |
| | | | | |
| | | DEPORTATIONS | | N/A |
| | | DATE OF MOST RECENT DEPORTATION | N/A | |